C. MING HYM *v.* YOUNG TONG, defendant, and J. H. FISHER, garnishee.

APPEAL FROM SECOND DISTRICT MAGISTRATE, HONOLULU.

SUBMITTED JUNE 12, 1902.          DECIDED JUNE 25, 1902.

FREAR, C.J., GALBRAITH AND PERRY, JJ.

The certificate of the District Magistrate that an appeal was duly noted, etc., on certain points, enumerating them, is sufficient to show that the points were raised in his court.

A debt owing to a partnership cannot be garnished in an action against one of the partners.

OPINION OF THE COURT BY FREAR, C.J.

In this case as in that of *M. Phillips & Co. v. Lun Chong Co., ante* 295, argument was heard on a motion to dismiss and on the merits. Several of the questions raised were the same in both cases, but in this case the following additional questions were raised.

On the motion it was contended that it should be made to appear that the point of law appealed upon was raised in the Magistrate's court, and that it is not sufficient for the certificate to say that certain points are relied on in the notice of appeal.

In this case the Magistrate certifies that an appeal was "duly noted * * * upon the following points," and then sets out the points. This was sufficient. *Afong v. Kaala,* 7 Haw. 521; *Rep. v. Kanalo,* 11 Id. 435.

As to the garnishee, there was the same testimony as in the other case. But here only one of the partners was defendant. Although a debt owing to one partner may be garnished in an action against the partnership, and some authorities hold that a debt owing to the partnership may be garnished in an action against one of its members, the weight of authority on the latter question is the other way. *Stellings v Young,* 161 Mass. 287; *Gale v. Barnes,* 66 N. H. 183; *Sweet v. Read,* 12 R. I. 121; *Myers v. Smith,* 29 Or. St. 120; *Bartlett v. Woodward,* 46 Vt. 100; *Dawson v. Railroad Co.,* 97 Mich. 33.

The judgment appealed from is affirmed as to the defendant and reversed as to the garnishee and the latter is discharged.

*Peterson & Matthewman* for plaintiff.

*Russell & Watson* for defendant.

*Robertson & Wilder* for garnishee.